# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOND, | NO. ED CV 11-1929 PSG (FMO) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| LT. KNOLL, et al., | |
| Defendants. | |

On December 27, 2011, plaintiff sought leave to file a Complaint pursuant to 42 U.S.C. § 1983 without prepayment of fees. On January 6, 2012, the court ordered plaintiff to pay an initial partial filing fee of $32.83 in accordance with 28 U.S.C. § 1915 by February 5, 2012. (See Court's Order of January 6, 2012). It appears from the record that plaintiff has failed to pay the initial partial filing fee as ordered.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **February 29, 2012**, plaintiff shall pay the initial partial filing fee of $32.83 or the action will be dismissed.

Dated this 8th day of February, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge