UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOND,<br><br>        Plaintiff,<br><br>   v.<br><br>LT. KNOLL, et al.,<br><br>        Defendants. | Case No. EDCV 11-1929 PSG(JC)<br><br>~~(PROPOSED)~~<br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that summary judgment is granted in favor of remaining defendants Matthew Brown and Tiana Valenzuela-Lechuga.

IT IS SO ADJUDGED.

DATED:  December 10, 2014

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE